FILED BY ____ D.C.

05 JUL 29 PM 3:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CR NO 05-10058-01-T

LAVERNE HARDIN

### ORDER ON GUILTY PLEA

This cause came on to be heard on July 29, 2005, Assistant U. S. Attorney Victor Ivy, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

Upon arraignment, the defendant through counsel, entered a plea of GUILTY as charged in the One Count Information.

This case is set for sentencing on **Thursday, October 27, 2005 at 8:45 a.m.**  The defendant is released on her own Recognizance.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 29 July 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___08-02-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CR-10058 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT