IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.  CR NO. 1:05-10058-001-T

LAVERNE HARDIN

## ORDER TO SURRENDER

Defendant, Laverne Hardin, #20451-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at her own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to: Greenville FCI SCP F, 100 U. S. Route 40, Greenville, IL 62246, telephone no. 618-664-6200, no later than 12:00 Noon on Tuesday, January 3, 2006.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 1 December 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____          _____
Date                                    Defendant Signature

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-06-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10058 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT